**FILED**

June 07, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____SL_____
DEPUTY

United States Courts
Southern District of Texas
FILED

2023 May 18, 2023 1:50

Nathan Ochsner, Clerk of Court

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **1:23-mj-357-DH** |
| | § | |
| v. | § | CRIMINAL NO. **4:23-cr-222** |
| | § | |
| BOLAJI OKUNNU, | § | **SEALED** |
| AYODEJI OKUNNU, | § | |
| VICTOR RUBIO, JR., | § | |
| BOUGAR ROBERT LINARES SOTO, | § | |
| and PHILIP OGBEIDE, JR. | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### (Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349)

**INTRODUCTION**

At all times material to this Indictment:

1.      The defendants **BOLAJI OKUNNU, AYODEJI OKUNNU, and PHILIP OGBEIDE, JR.** resided in Houston, Texas.  The defendants **VICTOR RUBIO, JR.** and **BOUGAR ROBERT LINARES SOTO** resided in California.

2.      Victim is a township in New Jersey.

3.      Company A is a provider of electrical and mechanical sales and services for customers in New Jersey.

4.      A "money mule" is a person recruited to open a bank account, or use an already open bank account, under their control for the purpose of receiving money

1

illegally acquired and then to transfer some or all of the funds, often through electronic means, on behalf of others.  A money mule is typically allowed to keep a percentage of the funds deposited into their account as a payment.

5.      The term "business email compromise" ("BEC") refers to a sophisticated fraud often targeting businesses involved in wire-transfer services.  A BEC is accomplished by compromising and/or mimicking ("spoofing") legitimate business email accounts, often through social engineering or computer intrusion techniques. Perpetrators of BEC fraud then use the email access to cause the target company, or individuals involved in legitimate business transactions with the target company, to conduct unauthorized transfers of funds to money mules' bank accounts.

**THE CONSPIRACY:**

6.      From at least in or about April 2021 through at least in or about December 2021, in the Southern District of Texas and elsewhere, the defendants **BOLAJI OKUNNU,  AYODEJI OKUNNU, VICTOR RUBIO, JR., BOUGAR ROBERT LINARES SOTO,** and **PHILIP OGBEIDE, JR.,** participated in a conspiracy to defraud and to launder the fraud proceeds received from victims. Defendants, and others known and unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate, and agree together and with each other to execute a scheme and artifice to defraud and to obtain money, funds, and property by means of false and fraudulent pretenses, representations and promises

2

and did transmit and cause to be transmitted by means of wire communication in interstate commerce certain writings, sign, signals and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE CONSPIRACY:

7.  The purpose of the conspiracy was for defendants, and others known and unknown to the Grand Jury, to engage in business email compromise schemes to deceive customers of companies, including the Victim in this Indictment, into sending money owed to the company to a bank account under the defendants' control which was then quickly transferred and disbursed to other bank accounts under defendants' control.

## MANNER AND MEANS:

8.  By at least in or about November 2021, co-conspirators of **BOLAJI OKUNNU, AYODEJI OKUNNU, VICTOR RUBIO, JR., BOUGAR ROBERT LINARES SOTO**, and **PHILIP OGBEIDE, JR.**, the defendants, had obtained access to the business email account of an employee ("EMP-1") of Company A.  EMP-1's email was then used to send fraudulent interstate wire instructions to the Victim for a payment that the Victim owed to Company A.

9.  In response to those fraudulent wire instructions, and believing they were communicating with Company A, on or about November 23, 2021, the Victim caused its bank to send an interstate wire of $287,236.14 to an account controlled

3

by **RUBIO** at Wells Fargo Bank.  The Wells Fargo bank account had been opened using an assumed name certificate acquired in April 2021 in Harris County, Texas.

10.    After the Victim's funds were fraudulently received in **RUBIO'S** Wells Fargo account, the funds were laundered in a manner designed to conceal the source, ownership, and control of the fraudulently obtained funds.  Among other things, the Victim's funds sent to **RUBIO'S** Wells Fargo account were quickly transferred to other accounts under the control of **BOLAJI OKUNNU,** **AYODEJI OKUNNU, BOUGAR ROBERT LINARES SOTO, and PHILIP OGBEIDE, JR.**

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
### (Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h))

Paragraphs 1 – 10 are incorporated herein by reference in their entirety.

11.    From at least in or about April 2021 and continuing until at least December 2021, in the Southern District of Texas and elsewhere, **BOLAJI OKUNNU, AYODEJI OKUNNU, VICTOR RUBIO, JR., BOUGAR ROBERT LINARES SOTO, and PHILIP OGBEIDE, JR.,** the defendants, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to conduct and attempt to conduct financial transactions—to wit, bank deposits, withdrawals, and transfers—knowing that the property involved in such transactions represented the proceeds of some form of unlawful activity and

4

which, in fact, involved the proceeds of a specified unlawful activity, that is, wire

fraud, in violation of Title 18, United States Code, Section 1343, knowing that the

transactions were designed, in whole and in part, to conceal and disguise the

nature, location, source, ownership, and control of the proceeds of such specified

unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## NOTICE OF CRIMINAL FORFEITURE
### 28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1)(C) & 982(a)(1)(A)

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18,

United States Code, Section 981(a)(1)(C), the United States gives notice to the

defendants that in the event of conviction of the offense charged in Count One of

this Indictment, the United States will seek forfeiture of all property, real or

personal, which constitutes or is derived from proceeds traceable to such offense.

Pursuant to Title 18, United States Code, Section 982(a)(1), the United

States gives notice to the defendants that in the event of conviction of the offense

charged in Count Two of this Indictment, the United States will seek forfeiture of

all property, real or personal, involved in money laundering or traceable to such

property.

## Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against

each defendant. In the event that a condition listed in Title 21, United States Code,

Section 853(p) exists, the United States may seek to forfeit any other property of

the defendants in substitution.

A TRUE BILL:

# Original Signature on File

_____

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

By: _Thomas Carter_
    Belinda Beek
    Thomas Carter
    Assistant United States Attorneys

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas  ▼

RECEIVED
UNITED STATES MARSHAL
2023 MAY 19  PM 1: 59
SOUTHERN DIST. S/TX

United States of America
v.
Ayodeji Okunnu

Case No.   **4:23cr222**

*Defendant*

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ayodeji Okunnu
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  Conspiracy to commit wire fraud 18 USC 1349
Count 2:  Conspiracy to commit money laundering 18 USC 1956(h)

Date:   05/19/2023

*Issuing officer's signature*

City and state:   Houston, Texas

T Hanniable, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____   *Arresting officer's signature* |
| *Printed name and title* |